# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Kirlin Builders, LLC ) ASBCA No. 61160
).
Under Contract No. DACA87-03-D-0008 )

APPEARANCES FOR THE APPELLANT: Douglas L. Patin, Esq.
Eric A. Frechtel, Esq.
  Bradley Arant Boult Cummings, LLP
  Washington, DC

Barbara G. Werther, Esq.
Meredith R. Philipp, Esq.
  Troutman Sanders, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
Steven W. Feldman, Esq.
Karl W. Kuhn, Esq.
  U.S. Army Engineer District,
  Huntsville

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal with prejudice of respondent's claim only. Accordingly, ASBCA No. 61160 is dismissed with prejudice. The consolidated appeal, ASBCA No. 60596, will remain on the Board's docket and the Board will treat the complaint filed by appellant on or about 5 June 2017 as the operative complaint.

Dated: 16 April 2018

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61160, Appeal of Kirlin Builders, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals